# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 204 |
| | : | |
| AMENDMENT OF EXPLANATORY | : | DISCIPLINARY RULES |
| COMMENT [5] TO RULE 1.5, | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| PROFESSIONAL CONDUCT | | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of November, 2020, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania to adopt new Explanatory Comment [5] to Rule 1.5 of the Pennsylvania Rules of Professional Conduct ("Pa.R.P.C."), as published for comment in the Pennsylvania Bulletin, 50 Pa.B. 4013 (August 8, 2020):

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, that the new Explanatory Comment [5] to Rule 1.5 of the Pa.R.P.C. is adopted, and that prior Explanatory Comments [5] and [6] are renumbered as [6] and [7], as set forth in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Material to be added is shown in bold and underlined.
Material to be deleted is shown in bold and brackets.